# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dana Grindeland, ) ) | |
| Plaintiff, ) | **ORDER FOR STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Mike Larson Consulting, Ltd. and Flatirons Resources, LLC, ) | |
| ) | Case No. 1:19-cv-240 |
| Defendants. ) | |

A status conference will be held before the magistrate judge on November 10, 2020, at 11:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 14th day of May, 2020.

 */s/ Clare R. Hochhalter*
 Clare R. Hochhalter, Magistrate Judge
 United States District Court