**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Dana Grindeland, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Flatirons Resources, LLC, | ) | |
| | ) | Case No. 1:19-cv-240 |
| Defendant. | ) | |

The court shall conduct a status conference with the parties by telephone on April 29, 2021, at 9:00 a.m. To participate in conference call, counsel should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court