# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dana Grineland, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Flatirons Resources, LLC, ) | Case No. 1:19-cv-240 |
| ) | |
| Defendant. ) | |

On November 24, 2020, the parties filed a proposed amended scheduled and discovery plan. The court **ADOPTS** the parties' amended plan (Doc. No. 23) and **ORDERS**:

1. The parties shall make by January 1, 2021, the Rule 26(a)(1) disclosures.

2. The parties shall have until June 1, 2021 to complete fact discovery and to file discovery motions.

3. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff: July 1, 2021

    b. Defendants: August 2, 2021

4. The parties shall have until September 15, 2021 to complete discovery depositions of expert witnesses.

5. The parties shall have until January 1, 2021 to move to join additional parties.

6. The parties shall have until February 1, 2021 to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be February 1, 2021.

7. The parties shall have until April 1, 2021 to file other non-dispositive motions (e.g., consolidation, bifurcation).

8. The parties shall have until April 1, 2021 to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

9. The parties shall have until May 10, 2021 to file other dispositive motions (summary judgment as to all or part of the case).

10. Each party shall serve no more than 50 interrogatories, including subparts, on any other party.  )

11.  Each side shall take no more than 20 discovery depositions.

12. Depositions taken for presentation at trial shall be completed 15 days before trial.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court